No. 474. THE PEOPLE v. ORTIZ.—Appeal from the District Court of San Juan, Section 2. Decided October 21, 1912. Judgment affirmed. *Mr. José de J. Tizol* for appellant. *Mr. Charles E. Foote, fiscal,* for respondent.

---

No. 471. THE PEOPLE v. DÁVILA.—Appeal from the District Court of San Juan, Section 2. Motion for instructions to the lower court to approve statement of the case. Decided October 23, 1912. Motion overruled. *Mr. Ramón S. Pesquera* for appellant. *Mr. Charles E. Foote, fiscal,* for respondent.

---

No. 451. THE PEOPLE v. GONZÁLEZ ET AL.—Appeal from the District Court of San Juan, Section 2. Motion of appellant for an order to the court below to send up statement of the case. Decided October 23, 1912. Motion overruled. *Mr, Manuel F. Rossy* for appellants. *Mr. Charles E. Foote, fiscal,* for The People.

---

No. 904. SANTOS v. FRANCO ET AL.—Appeal from the District Court of San Juan. Motion of respondent to dismiss appeal. Decided October 23, 1912. Motion overruled because the ground upon which the action of unlawful detainer herein brought is not alleged. *Mr. Pedro González* for appellant. *Messrs. Bosch & Soto* for respondents.

---

No. 473. THE PEOPLE v. AYALA.—Appeal from the District Court of San Juan, Section 2. Decided October 23, 1912. Judgment affirmed. *Mr. José de J. Tizol* for appellant. *Mr. Charles E. Foote, fiscal,* for The People.

---

No. 462. THE PEOPLE v. PATRÓN, JR.—Appeal from the District Court of San Juan, Section 2. Decided October 29, 1912. Judgment affirmed. *Mr. Celestino Iriarte* for appellant. *Mr. Charles E. Foote, fiscal,* for The People.